# UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## (PHILADELPHIA)

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| **James Alexander Moore**<br>Debtor | CASE NO.: 18-14543 |
| | HEARING DATE:  February 25, 2020<br>TIME: 11:00 a.m.<br>LOCATION:  COURTROOM #1 |

## ORDER APPROVING THE STIPULATION RESOLVING THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW, it is hereby ORDERED that the corresponding Stipulation (Doc. # 57) is

hereby approved.

Date:  March 19, 2020

_____
**Eric L. Frank**
**United States Bankruptcy Judge**