United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-14543-elf
James Alexander Moore                                                 Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: Linda              Page 1 of 1            Date Rcvd: Mar 19, 2020
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 21, 2020.
db              +James Alexander Moore,    4 Amber Circle,    Norristown, PA 19401-1839

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 19, 2020 at the address(es) listed below:
        CLAIR M. STEWART    on behalf of Debtor James Alexander Moore clairstewart@cstewartlaw.com,
         clairstewartecfmail@gmail.com
        MICHAEL J. SHAVEL    on behalf of Creditor    NEW REZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING
         mshavel@hillwallack.com,    jrydzewski@HillWallack.com;skenny@hillwallack.com
        REBECCA ANN SOLARZ    on behalf of Creditor    New Penn Financial LLC d/b/a Shellpoint Mortgage
         Servicing bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                    TOTAL: 5

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)

| IN RE: | |
|---|---|
| | CHAPTER 13 |
| **James Alexander Moore** | CASE NO.: 18-14543 |
| Debtor | |
| | HEARING DATE: February 25, 2020 |
| | TIME: 11:00 a.m. |
| | LOCATION: COURTROOM #1 |

### ORDER APPROVING THE STIPULATION RESOLVING THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW, it is hereby ORDERED that the corresponding Stipulation (Doc. # 57) is hereby approved.

_____
Eric L. Frank
United States Bankruptcy Judge