United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                                    Case No. 18-14543-elf

James Alexander Moore                                                                                        Chapter 13

        Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0313-2                                              User: Adminstra                                              Page 1 of 2

Date Rcvd: Dec 16, 2020                                      Form ID: 138NEW                                      Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James Alexander Moore, 4 Amber Circle, Norristown, PA 19401-1839 |
| cr | + | NEW REZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING, c/o Hill Wallack, LLP, 777 Township Line Road, Suite 250, Yardley, PA 19067-5565 |
| cr | | New Penn Financial LLC d/b/a Shellpoint Mortgage S, PO Box 10826, Greenville, SC 29603-0826 |
| cr | + | WELLS FARGO AUTO, po box 130000, Raleigh, NC 27605-1000 |
| 14162822 | + | Barclay, PO BOX 13337, Philadelphia, PA 19101-3337 |
| 14162823 | + | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 14198139 | | New Penn Financial LLC d/b/a Shellpoint Mortgage, c/o Shellpoint Mortgage Servicing, PO Box 10826, Greenville SC 29603-0826 |
| 14401544 | + | New Penn Financial LLC d/b/a Shellpoint Mortgage S, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14162830 | + | Police And Fire Fcu, 1 Greenwood Square Office Park, 3333 Street Rd., Bensalem, PA 19020-2051 |
| 14162831 | + | Shellpoint Mortgage Servicing, Attn: Bankruptcy, Po Box 10826, Greenville, SC 29603-0826 |
| 14195722 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, P.O. Box 19657, Irvine, CA 92623-9657 |
| 14162832 | + | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Dec 17 2020 03:53:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 17 2020 03:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 17 2020 03:52:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14162827 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 17 2020 03:44:23 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14162825 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 17 2020 03:39:01 | Capital One, PO BOX 71083, Charlotte, NC 28272-1083 |
| 14187492 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 17 2020 03:44:24 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14162826 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 17 2020 03:39:01 | Capital one, PO box 30285, St lake city, UT 84130-0285 |
| 14162829 | + Email/Text: ext_ebn_inbox@navyfederal.org | Dec 17 2020 03:53:36 | Navy Federal Credit Union, PO BOX 3000, Merryfield, VA 22119-3000 |
| 14194943 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 17 2020 03:33:58 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14162824 | *+ | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 14162828 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2020                    Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CLAIR M. STEWART | on behalf of Debtor James Alexander Moore clairstewart@cstewartlaw.com  clairstewartecfmail@gmail.com |
| MICHAEL J. SHAVEL | on behalf of Creditor NEW REZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING mshavel@hillwallack.com skenny@hillwallack.com;lharkins@hillwallack.com |
| REBECCA ANN SOLARZ | on behalf of Creditor New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 5

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: James Alexander Moore

            Debtor(s)                                 Bankruptcy No: 18−14543−elf

                                                  Chapter: 13

_____

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

For The Court
Timothy B. McGrath
Clerk of Court

Dated: 12/16/20

64 – 63
Form 138_new
