United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 18-14543-elf
James Alexander Moore | Chapter 13
　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2　　　　　　　　　User: admin　　　　　　　　　Page 1 of 1
Date Rcvd: Jan 19, 2021　　　　　　　Form ID: 195　　　　　　　　Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol　　Definition**
+　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2021:**

**Recip ID　　Recipient Name and Address**
db　　　　+　James Alexander Moore, 4 Amber Circle, Norristown, PA 19401-1839

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2021　　　　　　　Signature:　　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2021 at the address(es) listed below:

**Name　　　　　　　　Email Address**

CLAIR M. STEWART
　　on behalf of Debtor James Alexander Moore clairstewart@cstewartlaw.com  clairstewartecfmail@gmail.com

MICHAEL J. SHAVEL
　　on behalf of Creditor NEW REZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING mshavel@hillwallack.com skenny@hillwallack.com;lharkins@hillwallack.com

REBECCA ANN SOLARZ
　　on behalf of Creditor New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com

United States Trustee
　　USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
　　ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:  : Chapter 13

James Alexander Moore  : Case No. 18−14543−elf

       Debtor(s)

### ORDER
_____

AND NOW, this day , January 19, 2021 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Judge , United States Bankruptcy Court

68
Form 195